IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA FIELD SERVICES LLC, f/k/a USA FIELD SERVICES, Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION, KELLY LOEFFLER, in her official capacity as Administrator of the United States Small Business Administration, SCOTT BESSENT, in his official capacity as United States Secretary of the Treasury, and THE UNITED STATES OF AMERICA.<br><br>   Defendants. | Civil Action No. 25-573 |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for USA Field Services LLC, f/k/a USA Field Services, Inc., in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

- USA Staffing Solutions

Dated: April 28, 2025

                 */s/ Michael A. Comber*
                 Michael A. Comber
                 Attorney for Plaintiff